UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JEFFREY COLEMAN, et al.,<br>　　　　Plaintiffs,<br>　v.<br>COMCAST CORPORATION, et al.,<br>　　　　Defendants. | Case No. 15-cv-04782-JSW (NJV)<br><br>**ORDER RE DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 68 |

　　　　The parties filed a Joint Discovery Letter Brief in this action on March 30, 2017. (Doc. 68.) The matter was heard before the court on April 4, 2017. (Doc. 70.) The court heard the arguments of the parties and rules as follows as to the disputes raised.

1.　　No later than April 25, 2017, Plaintiffs are to provide Defendants with a list of dates and times for the depositions of the remaining Plaintiffs.

2.　　No later than April 14, 2017, Defendants are to provide Plaintiffs with a list of supervisors who are still currently employed by Comcast.

3.　　No later than April 21, 2017, Defendants are to provide Plaintiffs with contact information for supervisors who are no longer employed by Comcast.

4.　　Supervisors are to be subpoenaed by Plaintiffs for their depositions, rather than simply contacted.

5.　　Defendants' Rule 30(b)(b) deponent will sit for her deposition no later than April 28, 2017.

6.　　Subject to contrary provisions in Judge White's standing orders, depositions involving

persons living outside of California will be conducted via video

**IT IS SO ORDERED**.

Dated: April 11, 2017



_____
NANDOR J. VADAS
United States Magistrate Judge